# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEBORA L. PATZER,**
Appellant,

v.

**MIA REAL HOLDINGS, LLC, TRANS GLOBAL FINANCIAL, LLC,** and
**THIRD FEDERAL SAVINGS & LOAN ASSOCIATION OF CLEVELAND,**
Appellees.

No. 4D16-4011

[January 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 502011CA016765XXXXMB.

Jeffrey M. Siskind of the Law Office of Jeffrey M. Siskind, West Palm Beach, for appellant.

Steven Sarrell of Sarrell, Sarrell & Bender, P.L., Boca Raton, for appellees Mia Real Holdings, LLC and Trans Global Financial, LLC.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***